UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEREK ALLEN RASH,

    Plaintiff,

v.

ROBERT CROMPTON, et al.,

    Defendants,
_____/

Case No. 1:18-cv-1192

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered.

Date: September 12, 2019

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge